FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Tommy Brown Jr. 1175352
Smith State prison
po box 726  9676 hwy North
Glenville GA 30427

(Enter above full name of plaintiff or plaintiffs)

v.

Warden Aaron Pinero, Deputy Warden Glen
Cpt. Ricky Brown, Sgt. Steffan Gibbs,
Cert ofc. Durant, Cert Ofc. Zeek
~~STB~~, Lt Jane Doe

each in their individual and official capacity

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ✓ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _Tommy Brown Jr._

   Defendants: _Larry Milner, Anderson, et al_

2. Court (name the district):
   _Middle district of Georgia_

3. Docket number: _____

4. Name of judge assigned to case: _W. Louis Sands_

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _Confidential settlement_

6. Approximate date of filing lawsuit: _6-7-2013_

2

7. Approximate date of disposition: __unknown__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes _✓_ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No _✓_

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: __Smith State Prison__

A. Is there a prisoner grievance procedure in this institution? Yes _✓_ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes _✓_ No ____

C. If your answer to B is yes:

1. What steps did you take? __I filed a grievance on 10-24-23, and one on Claim 1. On Claim 2 I filed a grievance as well exact date ~~____~~ 1-26-23__

2. What was the result? __On 11/10/22 grievance it was forwarded to criminal investigations division and closed this decision was unappealable. On grievance 2 it was rejected in which I appealed, then waited the 120 days for a decision, it was to no avail. It is ok to say that a my appeal was denied.__

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ✓   No ___

If yes, what was the result? _I recieved no reply, in which I waited over 120 days which is the time allotted for a response, extension included._

D. If you did not utilize the prison grievance procedure, explain why not: _____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _Tommy Brown Jr._
   Address: _Smith State Prison_
   _PO Box 726   9676 Hwy_
   _301 North_
   _Glenville GA 30427_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _Aaron Pineiro (individual and official capacity)_
   Position: _Warden_
   Place of employment: _Coastal State Prison_
   Current address: _200 Gulfstream Road_
   _Port Wentworth GA 31408_

C. Additional defendants: _Capt. Ricky Brown, Sgt. Steffan Gibbs, Deputy Warden Glen, Ofc. Durant, Ofc. Zeck, Lt Jane Doe each in their individual and official capacity_
   _Addresses all at Coastal State Prison_
   _200 Gulfstream Rd_
   _Port Wentworth GA, 31408_

4

IV.   Statement of Claim -

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim 1
This incident occurred at Coastal State Prison. 200 Gulfstream Rd Port Wentworth GA 31408

On 10/19/22 while dinner was being ran for F-building, my assigned building. While others went to dinner I chose to not go to dinner but stand on the side by the railing in front of F building to get a breath of fresh air. Sgt Gibbs and Lt Gillison were standing at the bottom of the stairs in front of the Admin building which is a building that sits directly across from building F. Lt Gillison instructed me to take my ass inside, in rebuttal I stated she was trying to freepick me (which is a term often used to indicate an official abusing authority.) I did as I was directed and by the time I made it to the steps Sgt. Gibbs instructed me to come to him, as directed I walked towards Sgt. Gibbs. It was then and nearly reaching his standing point, He stopped me and stated "You better take your ass inside before you have a bad day. Again as directed I walked inside of F building and awaited the arrival of Lt Brown to open the doors, so I could go to my assigned range. Once Lt Brown stepped inside I pleaded with him to speak with Lt. Gillison and Sgt. Gibbs about the

5

ongoing harrassment I was being subjected to. Capt (Lt) Brown stated it was nothing he could do but place me in the hole. During the course of speaking with Capt (Lt) Brown Sgt Gibbs overheard the conversation, and instantly headed towards the building clutching his OC spray (pepper spray) He immediately headed inside, walked directly over to me removed the spray from his holster and sprayed me in my face without provocation, while telling me to go to my range. He then escorted me to medical where I was seen and then handed over to Ofc. Zeek and ofc. Durant who are members of the Cert team. Ofc. Zeek and Ofc. Durant then escorted me to A range in H-building. Once inside and along the way I pleaded with both officers for mental health services. They roughly escorted me to cell believed to be 118 where they took me inside the cell while still in handcuffs, picked me up one ofc. on each side and slammed me to the ground face forward striking my chest cavity and my right and left shoulders against the concrete causing my face to strike my facial area busting my lip and chipping my right front tooth. Ofc. Zeek then placed his knee in the center of my back applying pressure, restricting my breathing as he stated He knew he would get my ass soon. Ofc. Zeek and Ofc. Durant then exited the

cell and opened the food flap that sits in the center of each cell door. I again pleaded with both officers to get medical and mental health, they both said no. Ofc. Durant then asked for the handcuffs, I walked over to the flap and allowed the removal of 1 handcuff, then walked away from the flap, without hesitation Ofc. Durant began to remove his Oc spray from the holster I immediately headed to the flap then used my handcuff free hand to try and block the spray from entering the cell, Ofc. Durant sprayed down my entire uniform, then began to spray the cell down to fill the room. Ofc. Zeek then shut the food flap as they both walked away from my cell. Burning and bleeding I pleaded for help as I was having problems breathing. I eventually passed out after about 30 minutes of inhalation of OC resins. 45 - 1 hour later Ofc. Zeek and Ofc. Durant returned with tactical breathing mask accompanied by Deputy Warden Glen. They as in Ofc. Durant, Ofc. Zeek and deputy warden Glen escorted me inside the examination room inside of H building A range. I then explained to Deputy Warden Glen how I had been sprayed a 2nd time and assaulted, and pleaded for decontamination Deputy Warden Glen then stated "Well we will

see how you're behaving tommorow and go from there. I was then escorted to cell 112 without decontamination and running water. Here I was left in OC soaked clothing with no mattress or blanket to sleep. 2nd shift Lieutenant Jane Doe came around 10 pm to make rounds, I informed her I had been sprayed and assaulted, and then pleaded with her to call medical, give me a shower and a matt. Lt. Jane Doe stated "she was busy" and walked away. The next morning on 10/20/22 around 11 am I asked for decontamination speaking with Ofc. Durant, who in return denied my request. On 10/21/22 I recieved a shower which left me burning in agonizing pain for 2 days. Sgt Gibbs wrote false reports in an attempt to cover up his egregious acts. In which at a hearing I was falsely convicted and denied an opportunity to use video evidence showing my coorboration of events.

Sgt Gibbs attacked me unprovoked with the intention of causing me pain and suffering and emotional distress, in the same instance violating GDC use of force policy, by misusing chemical agents, violating my 8th amendment right to be free of cruel and unusual punishment, using chemical agents in an unprovoked attack.

Captain Ricky Brown was present when Sgt Gibbs attacked me Tommy Browner the plaintiff, and is a higher ranking official Capt Ricky Brown knew of this unjustified attack and failed to intervene, or implicate GDC use of force policy which requires complete recordation of all use of force incidents, and the use of chemical agents to disperse emergent situations. Capt Ricky Brown could have prevented this unjustified attack, but instead allowed it which subjected me the plaintiff Tommy Browner Jr. to excessive force and violation of my 8th amendment right to be free of cruel and unusual punishment.

Officer Zeck violated my 8th amendment right to be free of cruel and unusual punishment when he slammed me to the concrete floor while still in handcuffs, busting my lip and chipping my tooth while exacerbating pain to my existing rotator cuff injury. Ofc. Zeck then violated my 8th amendment right by denying me decontamination, and leaving me inside of the cell filled with pepper spray until I passed out.

Complaint 1

Deputy Warden Glen learned of this unjustified attack by his officers. He also learned that I had been sprayed a second time and chose not to decontaminate me the plaintiff and allowed for me to be placed in a cell with no running water, in the same instance refused to allow me to be checked out by medical. Deputy warden Glen was deliberately indifferent to my serious medical need subjecting me to excessive force and cruel and unusual punishment violating my 8th amendment rights.

Second shift Lt Jane Doe became aware of my medical needs via conversation, in which she failed to provide a basic level of care to plaintiff by denying me the plaintiff decontamination, and a matt to sleep on violating my 8th amendment right to be free of cruel and unusual punishment.

Ofc. Durant alongside Ofc. Zeek slammed me to the concrete floor causing injury to my lip, chipping my tooth, and exacerbated the pain to my pre-existing torn rotator cuff. Ofc Durant denied me decontamination on 10/19/22 and 10/20/22 leaving me burning in OC soaked clothing. Ofc. Durant administered spray into my cell without cause subjecting me to cruel

complaint 1.

and unusual punishment violating my 8th amendment rights guaranteed under the United States Constitution.

Claim 2                                                                pg 1 of 3

Warden Aaron Pineiro is responsible for overseeing diciplinary hearings at Coastal State Prison. On 10/24/22 I filed a grievance for the attack and assault that occurred on 10/19/22. Thereafter on 11/10/22 my grievance was forwarded to the Criminal Investigations division. Once Warden Pineiro learned of this, he took swift action of retaliation. On 11/7/22 I had an attorney phone call. Warden Pineiro in fear that I would notify my attorney of the assault, made it possible to cancel my attorney call, and by not answering the designated phone line. My attorney Tanya D. Jeffords can verify my version of events. On 11/14/22 another phone call was scheduled. Warden Aaron Pineiro took swift action of retaliation by having me transferred 1 hour prior to my scheduled phone call. Warden Pineiro went back to an incident that happened 2 months prior with the plan to punish me a 3rd time for an incident. On 8-13-22 I was caught with contraband. As a result I was criminally charged, then punished within the institution with 45 days isolation and 120 days lost of all privileges. Warden Aaron Pineiro out of retaliation used this diciplinary

incident to apply a 3rd punishment. Warden Pineiro is responsible for punishing me 3 times for 1 occurrence. Warden Pineiro relayed to me on 11/6/22 that he reviewed the camera footage and that my diciplinary appeal was denied. Warden Pineiro falsely convicted me for a diciplinary report stemming from the assault, and denied me access to review the footage at my hearing. I have been confined at Smith State Prison on lockdown for 7 months without 1 hour outside of my cell. Witnessing extreme violence, included but not limited to assaults, stabbings, and murder. My mental health has deteriorated. Warden Aaron Pineiro violated my 1st amendment rights guaranteed by the Constitution, by retaliating against me for filing a grievance. Which is my right to freedom of speech.

Warden Aaron Pineiro violated my 8th amendment right by subjecting me to cruel and unusual punishment by excessively punishing me 3 times for 1 occurrence, by having criminal charges brought, institution diciplinary actions of 45 days isolation 120 days lost of all privleges, then a 3rd punishment of 9 months in segregation.

Warden Aaron Pineiro violated my 14th amendment

rights guaranteed by the constitution when he denied access to set forth video evidence showing coorboration of my version of events, then falsely convicted me of a diciplinary report, depriving me of life, ~~to~~ placing me the plaintiff in sigrigation where I am held without 1 hour outside my cell 24 hours a day. Warden Aaron Pinero committed such acts with malicious intent to cause plaintiff emotional distress, done within the act of retaliation.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore plaintiff prays that each individual is held liable for his/her acts, and ommissions listed in the above complaint.

Requesting $500,000 in punitive damages TB $~~500,000~~ ~~in compensatory damages~~ $500,000 in compensatory damages and removal of the false report from my institutional record per injunctive relief, TB

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of June, 2023.

Prisoner No. 1175352

(Signature of Plaintiff)

6

*Tommy Brown*
1175352

# INSTRUCTIONS FOR FILING COMPLAINT BY PRISONERS
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the United States District Court for the Southern District of Georgia

This packet contains a complaint form and a form to be used by prisoners who seek to proceed without prepayment of the filing fee. The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

1: To start an action in this Court, you must complete and file the attached *"Form to be used by prisoners in a complaint under the civil rights act, 42 U.S.C. § 1983."* The completed form becomes your complaint. The complaint must be legibly handwritten or typed. Each plaintiff must sign and swear to the complaint.

2: You must file the original of the complaint and you should keep a copy for your records.

3: Your complaint can be brought in this Court only if one or more of the defendants is located within this district or a substantial part of the events or omissions giving rise to the claim occurred in this district.

4: You must file a separate complaint for each claim unless they are related to the same incident or issue.

5: You must state the facts which support your claim. The complaint should not contain legal arguments or citations.

6: Under the Prison Litigation Reform Act (enacted April 26, 1996) Prisoners seeking to bring a civil action shall be required to pay a filing fee of $400.00. Prisoners unable to prepay the filing fee may apply to pay the fee in installments by filing an "Application to proceed without prepayment of fees." A copy of this application form is included in this packet. *__You must either submit the $400.00 filing fee or the application to proceed without repayment of fees at the time you file your complaint.__*

7: If you seek to pay your fee in installments, the court will supply you with appropriate forms for (1) furnishing a certified copy of your prison trust fund account statement for the six-month period immediately preceding the filing of your complaint and (2) consenting to the collection of monies from your trust fund account in accordance with the provisions of the Prison Litigation Reform Act. Upon receipt of these forms, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, the agency having custody over you will be ordered to set aside 20 percent of all deposits to your trust fund account.

Tommy Browner Jr. 1175352
Smith State Prison Po Box 726
9676 Hwy 301 North
Glenville GA 30427

United States D
Po Box 8286
Savannah GA