UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TOMMY BROWNER, JR.,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CV423-167
                                 )
WARDEN GLENN, *et al.*,          )
                                 )
        Defendants.              )

## ORDER

Plaintiff moves for leave to file an affidavit of Willie Poole pursuant to Federal Rule of Civil Procedure 6(c)(2). Doc. 94. First, it does not appear that Rule 6(c)(2) is applicable, as a hearing has not been set in this matter. *See generally* docket. Second, to the extent Plaintiff seeks to file Mr. Poole's affidavit on the docket, he has achieved his goal. Doc. 94 at 3-4. However, Plaintiff's Motion is devoid of any explanation of the context in which he intends to use Mr. Poole's affidavit, or how or why he may want the Court to consider its contents. *See generally id.* Therefore, no later than July 1, 2025, Plaintiff is **DIRECTED** to supplement his Motion, doc. 94, to explain the purpose for which he seeks to file the

affidavit and provide citations to relevant legal authority supporting his request.

**SO ORDERED**, this 27th day of June, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA